**Order entered April 5, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

---

**No. 05-20-00787-CV**

---

**IN THE INTEREST OF M.H.A, AND Z.H.A., CHILDREN**

---

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53533-2018**

---

### ORDER

Before the Court is appellant's April 2, 2021 unopposed second motion to extend time to file his opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 14, 2021.

/s/     BONNIE LEE GOLDSTEIN
           JUSTICE